1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:14-CR-076 JAM
12 |                     Plaintiff,      | STIPULATION REGARDING CONTINUANCE OF
                                         | JUDGMENT AND SENTENCING
13 |           v.                        |
                                         | DATE: February 24, 2015
14 | IRMA EUBANKS,                       | TIME: 9:30 a.m.
                                         | COURT: Hon. John A. Mendez
15 |                     Defendant.      |

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for Judgment and Sentencing on February 24,

21 2015.

22     2.   By this stipulation, the parties now move to continue the Judgment and Sentencing until

23 April 14, 2015 at 9:15 a.m.

24 ///

25 ///

26 ///

27

28

                                        1

3. This continuance is requested to accommodate the trial schedule of government counsel, who will be in trial in another court on the date currently selected for Judgment and Sentencing. The new date has been selected to accommodate defense counsel's schedule and the Court's availability. The parties agree that good cause for this continuance exists and that this is a reasonable continuance.

IT IS SO STIPULATED.

Dated:  February 23, 2015                     BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ MICHAEL D. ANDERSON
                                              MICHAEL D. ANDERSON
                                              Assistant United States Attorney

Dated:  February 23, 2015                     /s/ TONI WHITE
                                              TONI WHITE
                                              Counsel for Defendant
                                              IRMA EUBANKS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of February, 2015

                                              /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE