TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
IRMA EUBANKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>IRMA EUBANKS,<br><br>      Defendant. | CASE NO. 2:14-CR-00076 JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING; FINDINGS AND ORDER** |

  Defendant, IRMA EUBANKS, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

  1. By previous order, this matter was set for restitution hearing on June 16, 2015.

  2. By this stipulation, defendant now moves to continue the restitution hearing until July 21, 2015 AT 9:15 a.m. The GOVERNMENT does not oppose this request.

  3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties are still working out the restitution figure and the GOVERNMENT will be providing additional information to defense counsel relevant to restitution.

    c. The GOVERNMENT does not object to the continuance.

    d. The GOVERNMENT and defense counsel are working toward resolution of the matter of restitution and believe they may reach a stipulation.

Stipulation and [Proposed] Order for Continuance of Restitution Hearing

1

e. The parties further agree that the requested continuance is for the purpose of affording the Court the opportunity to make a determination as to the amount of restitution owed by the defendant and that pursuant to 18 U.S.C. § 3663(d)(5) the parties agree that an extension of time is appropriate for that determination.

IT IS SO STIPULATED.

Dated: June 12, 2015         BENJAMIN B. WAGNER
                             United States Attorney

                             By:   */s/ Toni White for*
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney

                             For the United States

Dated:  June 12, 2015    By:    */s/ Toni White*
                                TONI WHITE

                                For the Defendant

# **O R D E R**

IT IS SO FOUND AND ORDERED this 12th day of June, 2015.

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT JUDGE