TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
IRMA EUBANKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IRMA EUBANKS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:14-CR-00076 JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING; FINDINGS AND ORDER** |

　　　　Defendant, IRMA EUBANKS, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for restitution hearing on July 21, 2015.

　　　　2.　　By this stipulation, defendant now moves to continue the restitution hearing until August 18, 2015. The GOVERNMENT does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following as the basis for GOOD CAUSE to continue the restitution hearing:

　　　　　　　　a.　　The parties are still collecting information on restitution and reviewing it in an attempt to stipulate to a restitution figure.

　　　　　　　　c.　　The GOVERNMENT does not object to the continuance.

　　　　　　　　d.　　The GOVERNMENT and defense counsel are working toward resolution of the matter of restitution and believe they may reach a stipulation.

Stipulation and [Proposed] Order for Continuance of Restitution Hearing

1

e. The parties further agree that the requested continuance is for the purpose of affording the Court the opportunity to make a determination as to the amount of restitution owed by the defendant and that pursuant to 18 U.S.C. § 3663(d)(5) the parties agree that an extension of time is appropriate for that determination.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 9, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   */s/ Toni White for*<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney |
| | For the United States |
| Dated:  July 9, 2015 | By:   */s/ Toni White*<br>TONI WHITE |
| | For the Defendant |

## **O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of July, 2015.

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE