TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
IRMA EUBANKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>IRMA EUBANKS,<br><br>               Defendant. | CASE NO. 2:14-CR-00076 JAM<br><br>**STIPULATION REGARDING EXTENSION OF SURRENDER DATE; FINDINGS AND ORDER** |

    It is hereby stipulated and agreed to between the GOVERNMENT through Assistant United States Attorney Michael Anderson, and the defendant, IRMA EUBANKS, by and through her counsel, TONI WHITE, that the date for self- surrender to serve her term of imprisonment be extended from July 17, 2015 until August 24, 2015.

    Ms. Eubanks was sentenced on April 28, 2015 to serve a term of imprisonment of 18 months. She was ordered to self- surrender by July 16, 2015. She has requested no previous extensions.

    Ms. Eubanks needs additional time to get her children settled and stable before turning herself into prison. She is the sole breadwinner in the home and has been attempting to pay as many bills as possible before leaving. Additionally, when she leaves her job her son, who has sickle cell anemia, will lose his current health insurance. Ms. Eubanks requests additional time so that she can take him to medical appointments with is current doctors. She also recently had an auto accident and is dealing with the challenges brought forth by that experience. In addition, Ms. Eubanks' daughter

Stipulation and [Proposed] Order for Extension of Surrender Date

1

is suicidal again. As Mr. Eubanks has to leave her daughter, she is attempting to get her 24 hour care monitoring through a psychologist.

She requests a self- surrender date of August 24, 2015. The GOVERNMENT does not object to the extension of the self- surrender date as requested.

IT IS SO STIPULATED.

Dated: July 7, 2015                                BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   By:    */s/ Toni White for*
                                                   MICHAEL ANDERSON
                                                   Assistant U.S. Attorney

                                                   For the United States

Dated:  July 7, 2015              By:    */s/ Toni White*
                                                   TONI WHITE

                                                   For the Defendant


# O R D E R

IT IS SO FOUND AND ORDERED this 9TH day of July, 2015.


                                   /s/ John A. Mendez_____

                                   HON. JOHN A. MENDEZ

                                   UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order for Extension of Surrender Date

2