BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-076 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IRMA EUBANKS, | DATE: August 18, 2015
TIME: 9:15 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for restitution hearing on Tuesday, August 18, 2015.

2. On August 14, 2015, the parties entered a stipulation regarding restitution in which they agreed that the judgment should be amended to impose restitution in an agreed upon amount pursuant to the schedule attached as an exhibit to the stipulation. (Dkt. 31). As a result, a restitution hearing in this case is no longer necessary.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3.      Therefore, the parties request that the Court vacate the currently scheduled restitution hearing.

IT IS SO STIPULATED.

Dated:  August 14, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ MICHAEL D. ANDERSON
                                           MICHAEL D. ANDERSON
                                           Assistant United States Attorney


Dated:  August 14, 2015                    /s/ TONI WHITE
                                           TONI WHITE
                                           Counsel for Defendant
                                           IRMA EUBANKS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of August, 2015

                                           /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2