UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:14-cr-00076-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Irma Eubanks, | |
| Defendant. | |

| United States of America, | No. 2:24-mc-00221-KJM-DB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Irma Eubanks, | |
| Defendant, | |
| Acco Engineered Systems, Inc., | |
| Garnishee. | |

The court is in receipt of the Government's notice of related cases in both *United States of America v. Eubanks*, No. 14-cv-00076 (E.D. Cal.) (ECF No. 36) as well as *United States v. Eubanks*, No. 24-cv-00221 (E.D. Cal.) (ECF No. 9). The Government did not provide the correct caption in the first case, which would have indicated that the undersigned is assigned to both

1

1  cases.  Although this order does not change the assignment of either case, examination of the
2  above-captioned actions reveals that they are related within the meaning of the Local Rules for
3  the efficient management of the cases.  E.D. Cal. L.R. 123(a)(4).
4      The parties should be aware that relating cases under Rule 123 does not consolidate the
5  actions.
6      Accordingly, the court **grants** the Government's requests to relate the two cases.
7      IT IS SO ORDERED.
8  DATED:  June 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE