1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,                    No. 2:14-cr-00076-KJM

12                        Plaintiff,               AMENDED ORDER

13          v.

14   Irma Eubanks,

15                        Defendant.

16   _____
     United States of America,                    No. 2:24-mc-00221-KJM-DB

17                        Plaintiff,               AMENDED ORDER

18          v.

19

20   Irma Eubanks,

21                        Defendant,

22   Acco Engineered Systems, Inc.,

23                        Garnishee.

24

25          The court is in receipt of the Government's notice of related cases in both *United States of*

26   *America v. Eubanks*, No. 14-cr-0076 (E.D. Cal.) (ECF No. 36) as well as *United States v.*

27   *Eubanks*, No. 24-mc-00221 (E.D. Cal.) (ECF No. 9).  The Government did not provide the

28   correct caption in the first case, which would have indicated that the undersigned is assigned to

                                              1

1   both cases.  Although this order does not change the assignment of either case, examination of the

2   above-captioned actions reveals that they are related within the meaning of the Local Rules for

3   the efficient management of the cases.  E.D. Cal. L.R. 123(a)(4).

4        The parties should be aware that relating cases under Rule 123 does not consolidate the

5   actions.

6        Accordingly, the court **grants** the Government's request to relate the two cases.

7      IT IS SO ORDERED.

8   DATED:  July 2, 2024.

9

                                          CHIEF UNITED STATES DISTRICT JUDGE